# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERNARD BARNO,<br>                      Petitioner,<br>  vs.<br>ROBERT J. HERNANDEZ,<br>                      Respondent. | CASE NO. 08cv2439 WQH (AJB)<br><br>ORDER |

HAYES, Judge:

    Pursuant to Petitioner's Notice of Dismissal (Doc. # 55), the case is DISMISSED without prejudice. The Clerk of the Court shall close the case. Petitioner's Motion for Return of Lodged Exhibits (Doc. # 49) is GRANTED. The Clerk of the Court shall send Petitioner a copy of his lodged exhibits.

DATED: December 10, 2009

                                                  *William Q. Hayes*
                                           **WILLIAM Q. HAYES**
                                           United States District Judge